UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                  :

DARREN CESARIO, *on behalf of himself and all others*  :
*similarly situated*,
                  :

            Plaintiff,          :            26-CV-3913 (JMF)
                  :

      -v-                  :             <u>ORDER</u>
                  :

OUTDOOR SPORTS CENTER, INC. d/b/a     :
OUTDOORSPORTS.COM,          :

            Defendant.        :
                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.* In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: May 14, 2026
      New York, New York
                               JESSE M. FURMAN
                           United States District Judge